**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 19-7268

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

ROBERT LEE GWYN, JR.,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, District Judge.  (7:13-cr-00048-GEC-1)

Submitted:  March 12, 2020                      Decided:  March 16, 2020

Before KING, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Gwyn, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Gwyn, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2018) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Gwyn*, No. 7:13-cr-00048-GEC-1 (W.D. Va. Aug. 9, 2019). We deny Gwyn's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*